IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TOREY BRETT LOGAN**                                              **PLAINTIFF**

V.                          CASE NO. 3:18-CV-03002

**JUDGE DALE RAMSEY;**
**ROBERT ALLEN, Public Defender;**
**JUDGE SCOTT JACKSON; and**
**DEVON STILL, Deputy Prosecuting**
**Attorney**                                                        **DEFENDANTS**

## JUDGMENT

For the reasons stated in an Opinion and Order dated today, this case is subject to dismissal because the claims are frivolous, fail to state claims upon which relief may be granted, or are against Defendants immune from suit. Therefore, this case is **DISMISSED WITH PREJUDICE.** See 28 U.S.C. § 1915(e)(2)(B)(i-iii).

The dismissal constitutes a strike under 28 U.S.C. § 1915(g). The **Clerk** is directed to put a § 1915(g) strike on this case.

**IT IS SO ORDERED** on this 9th day of February, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE